UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| GRACIANO INC, et al | ) |
| | ) |
| v. | ) CIVIL NO.  2:20-cv-00015-NT |
| | ) |
| KHONE SANASY, et al | ) |

ORDER OF DISMISSAL

This action having been reported settled by counsel on February 11, 2022, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

CHRISTA K. BERRY
CLERK


BY:  /s/ Stacey L. Graf
Deputy Clerk

Dated this 21st  day of March, 2022.